**Order filed December 15, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00975-CV
_____

## WLLIAM A. BALDWIN AND ALL OTHER OCCUPANTS, Appellant

## V.

## LPP MORTGAGE, LTD, Appellee

---

**On Appeal from the Co Civil Ct at Law No 3**
**Harris County, Texas**
**Trial Court Cause No. 1049938**

---

## ORDER

Appellant has filed a motion for emergency stay. Section 24.007 (a) of the Texas Property Code provides "[a] judgment of a county court in an eviction suit may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court." Tex. Prop. Code Ann. § 24.007 (a) (West, Westlaw through 2013 3d C.S.). "The Texas Property Code provides that judgment in a forcible detainer action may not be stayed pending appeal unless the appellant

timely files a supersedeas bond in the amount set by the trial court. Tex. Prop. Code § 24.007. Thus, if a proper supersedeas bond is not filed, the judgment may be enforced, including issuance of a writ of possession evicting the tenant from the premises." *Marshall v. Hous. Auth. of the City of San Antonio*, 198 S.W.3d 782, 786 (Tex. 2006)". *See also Briones v. Brazos Bend Villa Apartments*, 438 S.W.3d 808 (Tex. App.—Houston [14th Dist.] 2014, no pet.); and *Wilhelm v. Fed. Nat. Mortg. Ass'n*, 349 S.W.3d 766, 768 (Tex.App.—Houston [14th Dist.] 2011, no pet.).

The judgment was signed September 30, 2014. Appellant's bond was posted November 16, 2014. Accordingly, the motion is denied.


PER CURIAM


Panel consists of Justices Jamison, Busby and Brown.